UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON S. BROWN,<br><br>                Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 12) is granted. Petitioner will have until October 22, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 25th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE