UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON S. BROWN,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

　　It is therefore ordered, good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 14) is granted. Petitioner will have until November 13, 2018, within which to file an amended petition for writ of habeas corpus in this case.

　　DATED THIS 22nd day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE