UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON S. BROWN,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

It is ordered that Petitioner's unopposed motion for extension of time (ECF No. 16) is granted. Petitioner will have until November 20, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 14th day of November 2018.

　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE