# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON S. BROWN,<br><br>                Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

It is ordered that Petitioner's unopposed motion for extension of time (ECF No. 23) is granted. Petitioner will have until March 15, 2019, to file an opposition to the motion to dismiss.

DATED THIS 31st day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE