UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON S. BROWN,<br><br>                      Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>                      Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

It is ordered that Petitioner's second unopposed motion for extension of time (ECF No. 25) is granted. Petitioner will have until April 5, 2019, to file an opposition to the motion to dismiss.

DATED THIS 15th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE