UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON S. BROWN,<br><br>    Petitioner,<br>v.<br>WARDEN BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

It is ordered that Petitioner's third unopposed motion for extension of time (ECF No. 27) is granted. Petitioner will have until April 19, 2019, to file an opposition to the motion to dismiss.

DATED THIS 8th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE