UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JASON S. BROWN,

                              Petitioner,

        v.

WARDEN BAKER, *et al.*,

                              Respondents.

Case No. 3:17-cv-00687-MMD-WGC

ORDER

It is ordered that Petitioner's fourth unopposed motion for extension of time (ECF No. 29) is granted. Petitioner will have until May 3, 2019, to file an opposition to the motion to dismiss.

DATED THIS 19th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE