# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON S. BROWN,<br><br>               Petitioner,<br>v.<br>WARDEN BAKER, *et al.*,<br><br>               Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

Good cause appearing, it is ordered that Petitioner's motion for leave to file excess pages (ECF No. 33) is granted.

DATED THIS 6th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE