UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON S. BROWN,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:17-cv-00687-MMD-WGC<br><br>ORDER |

Respondents' Motion for Enlargement of Time (ECF No. 44) is granted. Respondents will have until August 30, 2019, to file and serve their response to Petitioner Jason S. Brown's Motion for Evidentiary Hearing (ECF No. 37), and any surreply in support of the Motion to Dismiss (ECF No. 20).

DATED this 5th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE